1    GREGORY P. O'HARA, CA BAR NO. 131963
     gohara@nixonpeabody.com
2    DAVID B. RITCHIE, CA BAR NO. 112018
     dritchie@nixonpeabody.com
3    LISA A. COLE, CA BAR NO. 184267
     lcole@nixonpeabody.com
4    **NIXON PEABODY LLP**
     200 Page Mill Road, Suite 200
5    Palo Alto, California 94306-2022
     Tel. 650 320 7700
6    Fax 650 320 7701

7    Attorneys for Plaintiff
     PURESENSE ENVIRONMENTAL, INC.

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12   PURESENSE ENVIRONMENTAL, INC.        **Case No. C10-00040 JL**

13                      Plaintiff,         **STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING HEARING DATE ON**
14        vs.                              **DEFENDANT'S MOTION TO DISMISS**

15   INVESTMENTSIGNALS, LLC

16                      Defendant.

17

18

19        WHEREAS, on January 6, 2010, Plaintiff Puresense Environmental, Inc. ("Plaintiff") filed

20   the underlying action against Defendant InvestmentSignals, LLC  ("Defendant").

21        WHEREAS, on February 22, 2010, Defendant filed a Motion to Dismiss the Complaint.  The

22   hearing on Defendant's Motion to Dismiss is scheduled for March 31, 2010.

23        WHEREAS, Plaintiff and Defendant have had preliminary discussions regarding the

24   settlement of this matter.  The parties have agreed to continue the hearing date on Defendant's

25   Motion to Dismiss so that they may engage in settlement discussions.

26

27

28

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, that the hearing date on Defendant's Motion to Dismiss shall be continued to April 14, 2010 at 9:30 a.m.  Plaintiff's Opposition to the Motion to Dismiss shall be due no later than March 24, 2010.

DATED:   March 8, 2010

NIXON PEABODY LLP


By:  /s/ Lisa A. Cole
    Gregory P. O'Hara
    David B. Ritchie
    Lisa A. Cole
    Attorneys for Plaintiff
    PURESENSE ENVIRONMENTAL


DATED:  March 8, 2010


By:  /s/ Robert P. Greenspoon
    Robert P. Greenspoon
    rpg@fg-law.com
    Flachsbart & Greenspoon, LLC
    333 North Michigan Avenue
    27th Floor
    Chicago, Illinois 60601
    Phone: 312-551-9500

    Attorneys for Defendant
    INVESTMENTSIGNALS, LLC

12916102

## <u>ORDER</u>

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that the hearing date on Defendant's Motion to Dismiss shall be continued to April 14, 2010 at 9:30 a.m.  Plaintiff's Opposition to the Motion to Dismiss shall be due no later than March 24, 2010.

**IT IS SO ORDERED.**

DATED:   March 9 , 2010

_____
Hon. James Larson
United States District Court

12916102