1  GREGORY P. O'HARA, CA BAR NO. 131963
   gohara@nixonpeabody.com
2  DAVID B. RITCHIE, CA BAR NO. 112018
   dritchie@nixonpeabody.com
3  LISA A. COLE, CA BAR NO. 184267
   lcole@nixonpeabody.com
4  **NIXON PEABODY LLP**
   200 Page Mill Road, Suite 200
5  Palo Alto, California 94306-2022
   Tel. 650 320 7700
6  Fax 650 320 7701

7  Attorneys for Plaintiff
   PURESENSE ENVIRONMENTAL, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 PURESENSE ENVIRONMENTAL, INC. | **Case No. C10-00040 JL** |
| 13              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| 14     vs. | |
| 15 INVESTMENTSIGNALS, LLC | |
| 16              Defendant. | |

17

18

19   WHEREAS, on January 6, 2010, Plaintiff Puresense Environmental, Inc. ("Plaintiff") filed

20 the underlying action against Defendant InvestmentSignals, LLC ("Defendant").

21   WHEREAS, on February 22, 2010, Defendant filed a Motion to Dismiss the Complaint. The

22 hearing on Defendant's Motion to Dismiss is scheduled for March 31, 2010.

23   WHEREAS, Plaintiff and Defendant have had preliminary discussions regarding the

24 settlement of this matter. The parties have agreed to continue the hearing date on Defendant's

25 Motion to Dismiss so that they may engage in settlement discussions.

26

27

28
                                                                                    12916102

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, that the hearing date on Defendant's Motion to Dismiss shall be continued to April 14, 2010 at 9:30 a.m. Plaintiff's Opposition to the Motion to Dismiss shall be due no later than March 24, 2010.

DATED: March 8, 2010

                                               NIXON PEABODY LLP

                                               By: /s/ Lisa A. Cole
                                                         Gregory P. O'Hara
                                                         David B. Ritchie
                                                         Lisa A. Cole
                                                         Attorneys for Plaintiff
                                                         PURESENSE ENVIRONMENTAL

DATED: March 8, 2010

                                               By: /s/ Robert P. Greenspoon
                                                         Robert P. Greenspoon
                                                          rpg@fg-law.com
                                                         Flachsbart & Greenspoon, LLC
                                                         333 North Michigan Avenue
                                                         27th Floor
                                                         Chicago, Illinois 60601
                                                         Phone: 312-551-9500

                                                         Attorneys for Defendant
                                                         INVESTMENTSIGNALS, LLC

## ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that the hearing date on Defendant's Motion to Dismiss shall be continued to April 14, 2010 at 9:30 a.m. Plaintiff's Opposition to the Motion to Dismiss shall be due no later than March 24, 2010.

**IT IS SO ORDERED.**

DATED:   March 9 , 2010

_____
Hon. James Larson
United States District Court

-3-

12916102

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**