GREGORY P. O'HARA, CA BAR NO. 131963
gohara@nixonpeabody.com
DAVID B. RITCHIE, CA BAR NO. 112018
dritchie@nixonpeabody.com
LISA A. COLE, CA BAR NO. 184267
lcole@nixonpeabody.com
**NIXON PEABODY LLP**
200 Page Mill Road, Suite 200
Palo Alto, California 94306-2022
Tel. 650 320 7700
Fax 650 320 7701

Attorneys for Plaintiff
PURESENSE ENVIRONMENTAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURESENSE ENVIRONMENTAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INVESTMENTSIGNALS, LLC<br><br>Defendant. | Case No. C10-00040 JL<br><br>STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND OTHER CASE MANAGEMENT DEADLINES |

WHEREAS, on January 6, 2010, Plaintiff Puresense Environmental, Inc. ("Plaintiff") filed the underlying action against Defendant InvestmentSignals, LLC ("Defendant").

WHEREAS, on February 22, 2010, Defendant filed a Motion to Dismiss the Complaint. The hearing on Defendant's Motion to Dismiss, initially scheduled for March 31, 2010, was continued to April 14, 2010 to allow the parties to engage in settlement discussions.

WHEREAS, Plaintiff and Defendant have engaged in such discussions and have agreed upon the principle terms of a settlement of this matter.

STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE ON
DEFENDANT'S MOTION TO DISMISS AND OTHER CASE MANAGEMENT DEADLINES

12936802

WHEREAS, Plaintiff and Defendant seek further relief from certain deadlines in the matter so that they may prepare and enter into a written settlement agreement to resolve the litigation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, that:

(1) The April 14, 2010 hearing date on Defendant's Motion to Dismiss shall be vacated. Defendant may resubmit its Motion to Dismiss in the event a written settlement agreement is not signed by the parties within sixty (60) days of the date of this Stipulation. Plaintiff's Opposition to the Motion to Dismiss shall be filed fourteen (14) days in advance of any rescheduled hearing date;

(2) The case schedule set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, including the Case Management Conference scheduled for April 14, 2010 shall be vacated. In the event the parties have not entered into a written settlement agreement within sixty (60) days of this Stipulation, the parties shall jointly contact the Court and request a new Case Management Conference date and case management schedule.

DATED: March 24, 2010

NIXON PEABODY LLP


By: /s/ Lisa A. Cole
Gregory P. O'Hara
David B. Ritchie
Lisa A. Cole
Attorneys for Plaintiff
PURESENSE ENVIRONMENTAL

-2-

12916102

DATED: March 24, 2010

        By:   /s/ Robert P. Greenspoon
           Robert P. Greenspoon
           rpg@fg-law.com
           Flachsbart & Greenspoon, LLC
           333 North Michigan Avenue
           27th Floor
           Chicago, Illinois 60601
           Phone: 312-551-9500
           Attorneys for Defendant
           INVESTMENTSIGNALS, LLC

**STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE ON
DEFENDANT'S MOTION TO DISMISS AND OTHER CASE MANAGEMENT DEADLINES**

12916102

## ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that:

(3) The April 14, 2010 hearing date on Defendant's Motion to Dismiss shall be removed from the Court's calendar. Defendant may resubmit its Motion to Dismiss in the event a written settlement agreement is not signed by the parties within sixty (60) days of the date of this Stipulation. Plaintiff's Opposition to the Motion to Dismiss shall be filed fourteen (14) days in advance of any rescheduled hearing date;

(4) The case schedule set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, ~~including the Case Management Conference scheduled for April 14, 2010 shall be vacated~~. In the event the parties have not entered into a written settlement agreement within sixty (60) days of this Stipulation, the parties shall jointly contact the Court and request a new Case Management Conference date and case management schedule. Case management conference continued to June 16, 2010 @ 10:30 a.m.

**IT IS SO ORDERED.**

DATED: March 24, 2010

Hon. James Larson
United States District Court

---

-4-

STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND OTHER CASE MANAGEMENT DEADLINES

12916102