GREGORY P. O'HARA, CA BAR NO. 131963
gohara@nixonpeabody.com
DAVID B. RITCHIE, CA BAR NO. 112018
dritchie@nixonpeabody.com
LISA A. COLE, CA BAR NO. 184267
lcole@nixonpeabody.com
**NIXON PEABODY LLP**
200 Page Mill Road, Suite 200
Palo Alto, California 94306-2022
Tel. 650 320 7700
Fax 650 320 7701

Attorneys for Plaintiff
PURESENSE ENVIRONMENTAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURESENSE ENVIRONMENTAL, INC. | **Case No. C10-00040 JL** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF COMPLAINT** |
| vs. | |
| INVESTMENTSIGNALS, LLC | |
| Defendant. | |

WHEREFORE, the Plaintiff, PureSense Environmental, Inc. (hereinafter referred to as "Plaintiff"), and Defendant InvestmentSignals, LLC (hereinafter referred to as "Defendant") have mutually agreed to the following stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1.      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses with prejudice all claims against Defendant as set forth in the Complaint entitled *PureSense Environmental, Inc. v. InvestmentSignals, LLC,* Case No. C10-00040 JL, filed January 6, 2010.

12955268.1

2.      Plaintiff and Defendant agree that each side will bear their own attorney's fees and costs of suit and mutually waive any right to recover attorney's fees and costs of suit from the other.

DATED:    April 20, 2010

NIXON PEABODY LLP


By:    /s/ Lisa A. Cole
       Gregory P. O'Hara
       David B. Ritchie
       Lisa A. Cole
       Attorneys for Plaintiff
       PURESENSE ENVIRONMENTAL, INC.


DATED:    April 20, 2010

FLACHSBART & GREENSPOON, LLC


By:    /s/ Robert P. Greenspoon
       Robert P. Greenspoon
       Attorneys for Defendant
       INVESTMENTSIGNALS, LLC


The Court hereby dismisses the Complaint in conformance with the stipulation above.

**IT IS SO ORDERED.**

DATED:   April 21, 2010

Hon. James Larson
United States District Court

-2-                                                                   12955268.1

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF COMPLAINT**